No. 88–222. O'REILLY ET AL. *v.* NEW YORK TIMES CO. C. A. 2d Cir. Certiorari denied.

No. 88–223. REILLY ET VIR *v.* BLUE CROSS & BLUE SHIELD UNITED OF WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 88–224. HULL *v.* ATTLEBORO SAVINGS BANK. App. Ct. Mass. Certiorari denied.

No. 88–225. SHAVER *v.* F. W. WOOLWORTH CO. C. A. 7th Cir. Certiorari denied.

No. 88–227. FERGUSON *v.* NORFOLK SOUTHERN CORP. C. A. 4th Cir. Certiorari denied.

No. 88–231. N & C PROPERTIES ET AL. *v.* PRITCHARD ET AL. Sup. Ct. Ala. Certiorari denied.

No. 88–233. KERPELMAN *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 88–262. DEERMAN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–270. FOSTER ET UX. *v.* MILLIKEN. Ct. App. Ky. Certiorari denied.

No. 88–275. WHITE INDUSTRIES, INC., ET AL. *v.* CESSNA AIRCRAFT CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–289. CANNON *v.* ROWEN ET VIR. C. A. 9th Cir. Certiorari denied.

No. 88–292. REINHARD ET AL. *v.* CONNER. C. A. 7th Cir. Certiorari denied.

No. 88–303. WEST COAST TRUCK LINES, INC. *v.* ARCATA COMMUNITY RECYCLING CENTER. C. A. 9th Cir. Certiorari denied.

No. 88–312. LEDBETTER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.